County Court, Westchester County, February, 1900. Unreported.

PEOPLE ex rel. CHARLES SCHULER *v.* ADAM E. SCHATZ.

LENT, Co. J. It may be that the defendant was entitled to have the people elect to try upon only one charge, that of giving away, or that of selling — either is a violation of the statute, and I do not see that the defendant is prejudiced by the form of the information.

Application for discharge denied.